[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-16087
Non-Argument Calendar

_____

D.C. Docket No. 5:08-cr-00363-CLS-HGD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMOND ALFRED GAGNON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(December 17, 2012)

Before HULL, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

J. Tim Coyle, appointed counsel for Raymond Alfred Gagnon in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gagnon's conviction and sentence are **AFFIRMED**.

2